**OVERLAND BORENSTEIN SCHEPER & KIM LLP**
DIANN H. KIM (State Bar No. 118742)
dkim@obsklaw.com
ANNAH S. KIM (State Bar No. 190609)
akim@obsklaw.com
601 West Fifth Street, Twelfth Floor
Los Angeles, CA  90071-3144
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

**ENTER   JS 6**

**Attorneys for Plaintiff/Counterdefendant
Sizzler USA Franchise, Inc.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIZZLER USA FRANCHISE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>PAKAM FOOD SERVICES, INC., a California corporation; SYED ZAIDI, an individual; and SYED HUSSAIN, an individual,<br><br>                    Defendants.<br><br>SYED ZAIDI,<br><br>                    Counter-Claimant,<br><br>          v.<br><br>SIZZLER USA FRANCHISE, INC., a Delaware corporation,<br><br>                    Counter-Defendant. | CASE NO. CV-07-1457-R (PLAx)<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br><br><br>**Date:     July 7, 2008<br>Time:     10:00 a.m.<br>Ctrm:     8<br>              312 N. Spring St.<br>The Honorable Manuel L. Real** |

After consideration of the papers filed in support of and in opposition to the motion of Plaintiff Sizzler USA Franchise, Inc. for summary judgment on the Second Claim for Relief on its Complaint, and after oral argument on the matter, the Court ORDERS AND ADJUDGES as follows:

1

1. On its Second Claim for Relief for Breach of Guaranty Agreement, Plaintiff Sizzler USA Franchise, Inc. ("Sizzler") shall recover from Defendants Syed Zaidi and Syed Hussain, jointly and severally, the sum of $276,140.68;

2. The Court will retain jurisdiction over this action to hear any further motion by Sizzler for recovery of attorney's fees and costs, as allowed for under the Guaranty Agreement;

3. Sizzler voluntarily dismisses its First Claim for Relief for Trademark Infringement, with prejudice;

4. Defendant Syed Zaidi's counterclaim has previously been dismissed per stipulation of the parties.

5. The Court Orders the action dismissed as to defendant Pakam Food Services Inc, without prejudice to plaintiffs pursuing their claims against said defendant in bankruptcy court.

Dated: July 08, 2008 _____

_____
Hon. Manuel L. Real
United States District Judge

Submitted by:
OVERLAND BORENSTEIN SCHEPER & KIM LLP
DIANN H. KIM (State Bar No. 118742)
ANNAH S. KIM (State Bar No. 190609)
601 West Fifth Street, Twelfth Floor
Los Angeles, CA  90071-3144
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

By:_____
    Diann H. Kim
    Attorneys for Plaintiff/Cross Defendant
    Sizzler USA Franchise, Inc.